**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kneesa Jane Cabillan** |
| Debtor 2 (Spouse, if filing) | **Edward Garrel Orienza** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | **26-30754** |

Check if this is:

- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  ________ MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **nurse manager** | **dietary aide** |
| Employer's name | **Fairview Health Services** | **Fairview Health Services** |
| Employer's address | **2450 Riverside Avenue<br>Minneapolis, MN 55454** | **2450Riverside Ave S<br>Minneapolis, MN 55455** |
| How long employed there? | **8 years** | **3 weeks - 33 hours per 2 weeks** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 9,371.31 | $ 1,469.17 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 9,371.31 | $ 1,469.17 |

Debtor 1 **Kneesa Jane Cabillan**
Debtor 2 **Edward Garrel Orienza**

Case number (*if known*) **26-30754**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 9,371.31 | $ 1,469.17 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,562.58 | $ 176.52 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 1,687.83 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 3,250.41 | $ 176.52 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,120.90 | $ 1,292.65 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,120.90 | + $ 1,292.65 | = $ 7,413.55 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ **7,413.55**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 **Kneesa Jane Cabillan**

Debtor 2 (Spouse, if filing) **Edward Garrel Orienza**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (If known) **26-30754**

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 2 | ☐ No ■ Yes |
| Son | 7 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **1,950.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | **0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | **11.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d. Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **Kneesa Jane Cabillan**
Debtor 2 **Edward Garrel Orienza**
Case number (if known) **26-30754**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | **300.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **0.00** |
| 6d. | Other. Specify: **Cell phone** | 6d. $ | **190.00** |
| | **Internet** | $ | **94.00** |
| | **Disney** | $ | **10.00** |
| | **Credit monitor** | $ | **3.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **1,500.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **1,538.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **75.00** |
| 10. | **Personal care products and services** | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | 11. $ | **365.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **150.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | **0.00** |
| 15b. | Health insurance | 15b. $ | **0.00** |
| 15c. | Vehicle insurance | 15c. $ | **137.00** |
| 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c. | Other. Specify: | 17c. $ | **0.00** |
| 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. | Mortgages on other property | 20a. $ | **0.00** |
| 20b. | Real estate taxes | 20b. $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Parking fee at work** | 21. +$ | **40.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **6,663.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **6,663.00** |
| 23. | **Calculate your monthly net income.** | | |
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **7,413.55** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | **6,663.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **750.55** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here: **Son has special needs and special dietary needs which result in higher than ordinary food expenes**

**Fill in this information to identify your case:**

Debtor 1: **Kneesa Jane Cabillan**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Edward Garrel Orienza**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): **26-30754**

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......... | $ **0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......... | $ **35,014.42** |
| 1c. Copy line 63, Total of all property on Schedule A/B.......... | $ **35,014.42** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **16,729.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......... | $ **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... | $ **184,064.53** |
| **Your total liabilities** | $ **200,793.53** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.......... | $ **7,413.55** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......... | $ **6,663.00** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ■ Yes
7. **What kind of debt do you have?**
   - ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Kneesa Jane Cabillan**
Debtor 2 **Edward Garrel Orienza**
Case number *(if known)* **26-30754**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **6,926.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **90,576.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **90,576.00** |

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
Kneesa Cabilian EDWARD ORIENZA

Debtor(s).

Case No. 26-30754

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:______)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic *commencement of the above-referenced case is true and correct;*

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 5/27/2026

X [signature]
Signature of Debtor1 or Authorized Representative

Kneesa Cabilian
Printed Name of Debtor 1 or Authorized Representative

X [signature]
Signature of Debtor 2

Edward Garrel Orienza
Printed Name of Debtor 2

**United States Bankruptcy Court**
**For the District of Minnesota**

---

In Re:

Kneesa Cabillan and Edward Orienza

Debtor(s)

Case No. 26-30754
Chapter 13
CERTIFICATE OF SERVICE

---

The undersigned hereby certifies that a true copy of the Amended Schedules I and J was served by U.S. Mail to the following parties in interest at the addresses as forth below on 5/27/26:

US Trustee and Chapter 13 Trustee by ECF e-mail system
and
ALL PARTIES on the attached Matrix

DATED this __27th__ day of __May__2026

**PILETICH and SKOKAN P.A.**
/e/ Urosh Piletich
Urosh Piletich, Attorney for Debtor(s)
**POST OFFICE ADDRESS:**
PILETICH and SKOKAN P.A.
PO Box 207
STILLWATER MN 55082
(651) 351-1975
FACSIMILE: 715-246-0341
MN State Bar No.: 027849X
bkmnurosh@gmail.com

ALLY
PO BOX 9001951
LOUISVILLE KY 40290-1951

CAPITAL ONE
C/O GURSTEL LAW
6681 COUNTRY CLUB DRIVE
MINNEAPOLIS MN 55427

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

CAPITAL ONE AUTO
PO BOX 60511
CITY OF INDUSTRY CA 91716

CAPITAL ONE AUTO
3905 DALLAS PARKWAY
PLANO TX 75093

CB/INDIGO
PO BOX 4499
BEAVERTON OR 97076

CB/KAY
PO BOX 182789
COLUMBUS OH 43218

CB/VICTORIA SECRET
PO BOX 182789
COLUMBUS OH 43218

CBNA
PO BOX 6497
SIOUX FALLS SD 57117

CELTIC/CONT
4550 NEW LINDEN HI
WILMINGTON DE 19808

CENTERSPACE LP
C/O LAUREL J PUGH
5775 WAYZATA BLVD STE 700
MINNEAPOLIS MN 55416

CONTINENTAL 476 FUND LLC
1010 DALE STREET N
SAINT PAUL MN 55117

CRCORPSOL
121 W ELECTION ROAD
DRAPER UT 84020

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193

DEPTED/NELNET
PO BOX 82561
LINCOLN NE 68501

DRBANK/UPST
PO BOX 1503
SAN CARLOS CA 94070

EDFINANCIAL
PO BOX 30159
KNOXVILLE TN 37930

FNWSE/OPPLOANS
PO BOX 5040
FREDERICKSBURG VA 22403

JEFFERSON CAPITAL SYS
200 14TH AVE E
SARTELL MN 56377

LVNV FUNDING
C/O RESURGENT CAPITAL SERVICES
GREENVILLE SC 29602

LVNV FUNDING LLC
C/O MESSERLI AND KRAMER PA
3033 CAMPUS DRIVE STE 250
MINNEAPOLIS MN 55441

LVNV FUNDING LLC
PO BOX 10497
GREENVILLE SC 29603

MERRICK BANK
PO BOX 9201
OLD BETHPAGE NY 11804

MIDLAND CREDIT MANAGEMENT
C/O MESSERLI & KRAMER
3033 CAMPUS DRIVE STE 250
MINNEAPOLIS MN 55441-2662

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA STE 100
SAN DIEGO CA 92108

MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108

MONEY KEY
1000 N WEST STE 1200
WILMINGTON DE 19801

MONEY KEY
200 CONTINENTAL DRIVE
NEWARK DE 19713

NATLCRSYS
SPRINGS AT LAKEVILLE
1775 THE EXCHANGE SOUTHEAST
ATLANTA GA 30339

NCB
1 ALLIED DRIVE
FEASTERVILLE TREVOSE PA 19053

NETCREDIT
175 W. JACKSON BLVD
CHICAGO IL 60604

PERSONIFY
PO BOX 208417
DALLAS TX 75320

PORTFOLIO RC
120 CORPORATE BOULEVARD
NORFOLK VA 23502

SPRING OAK CAP
PO BOX 1216
CHESAPEAKE VA 23327

TBOM/FORTIVA
PO  BOX 105555
ATLANTA GA 30348

UPGRADE
2 NORTH CENTRAL AVE 10TH FLOOR
PHOENIX AZ 85004

UPGRADE INC
2 NORTH CENTRAL AVE 10TH FLOOR
PHOENIX AZ 85004

UPSTA/FINWSE
2 CIRCLE STAR WAY
SAN CARLOS CA 94070

UPSTART NETW
2 CIRCLE STAR WAY
SAN CARLOS CA 94070

VANCE HUFFMAN
MONEY KEY
55 MONETTE PARKWAY
SMITHFIELD VA 23430

WB/ATL/IMGNE
PO BOX 105555
ATLANTA GA 30348

LOCAL FORM 1009-1 (_/18)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
**Kneesa Jane Cabillan**
**Edward Garrel Orienza**

Case No. **26-30754**

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,**
**LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

- ☐ Petition
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedule I
- ☑ Schedule J
- ☐ Schedule J-2
- ☐ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
- ☐ Statement of financial affairs
- ☐ State of intention
- ☐ Statement of current monthly income/means test calculation
- ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

Schedule I - Lists the new job by Edward Orienza where he works part time 33 hours every 2 weeks
Schedule J - Lists the new day care costs and new medical expenses