**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 26−30754

Kneesa Jane Cabillan,
Edward Garrel Orienza, Chapter 13

Debtor(s).

---

# ORDER CONFIRMING CHAPTER 13 PLAN

---

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015−1 and Local Form 3015−1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 15 of the plan is granted; and
3. Any application or motion for allowance of an administrative expense claim under 11 U.S.C. § 503(b) for preconfirmation legal services shall be filed no later than 90 days after the entry of this order.

Dated: 6/4/26

s/ Mychal A Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:
Kneesa Jane Cabillan
Edward Garrel Orienza
Debtors

Case No. 26-30754-MAB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-3 | User: admin | Page 1 of 4
Date Rcvd: Jun 04, 2026 | Form ID: 13ocnfnf | Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kneesa Jane Cabillan, Edward Garrel Orienza, 17965 Jubilee Way Apt A, Lakeville, MN 55044-5120 |
| 63664794 | + | Affirm ABS Funding Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63608089 | | Celtic/Cont, 4550 New Linden Hi, Wilmington DE 19808 |
| 63608090 | + | Centerspace LP, c/o Laurel J Pugh, 5775 Wayzata Blvd Ste 700, Minneapolis MN 55416-1233 |
| 63608091 | + | Continental 476 Fund LLC, 1010 Dale Street N, Saint Paul MN 55117-5603 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63608080 | | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2026 21:31:00 | Ally, PO BOX 9001951, Louisville KY 40290-1951 |
| 63614864 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 21:33:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 63665866 | + | Email/Text: bkattorneynotices@gmail.com | Jun 04 2026 21:32:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 63612262 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 21:33:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63608086 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 21:32:00 | CB/Kay, PO Box 182789, Columbus OH 43218-2789 |
| 63608087 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 21:32:00 | CB/Victoria Secret, PO BOX 182789, Columbus OH 43218-2789 |
| 63608088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 21:34:01 | CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 63608092 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 04 2026 21:31:00 | CRCORPSOL, 121 W Election Road, Draper UT 84020 |
| 63608082 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 21:33:41 | Capital One, PO BOX 31293, Salt Lake City UT 84131-0293 |
| 63608081 | + | Email/Text: bankruptcy@gurstel.com | Jun 04 2026 21:32:00 | Capital One, c/o Gurstel Law, 6681 Country Club Drive, Minneapolis MN 55427-4601 |
| 63608084 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 04 2026 21:34:00 | Capital One Auto, 3905 Dallas Parkway, Plano TX 75093-7893 |
| 63608083 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 04 2026 21:33:51 | Capital One Auto, PO Box 60511, City of Industry CA 91716-0511 |
| 63637782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 21:33:59 | Capital One Auto Finance, a division of Capital |

| | | | | |
|---|---|---|---|---|
| | | | | On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 63608085 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 21:33:00 | Cb/Indigo, PO Box 4499, Beaverton OR 97076-4499 |
| 63608094 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 21:33:42 | Credit One Bank, PO BOX 98872, Las Vegas NV 89193-8872 |
| 63608093 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 21:33:42 | Credit One Bank, PO BOX 98873, Las Vegas NV 89193-8873 |
| 63608095 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 21:33:00 | DEPTED/NELNET, PO Box 82561, Lincoln NE 68501-2561 |
| 63608096 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 04 2026 21:32:00 | DRBank/Upst, PO Box 1503, San Carlos CA 94070-7503 |
| 63608097 | + | Email/Text: EBN@edfinancial.com | Jun 04 2026 21:31:00 | EdFinancial, PO Box 30159, Knoxville TN 37930-0159 |
| 63608098 | + | Email/Text: opportunitynotices@gmail.com | Jun 04 2026 21:33:00 | FNWSE/OPPLoans, PO Box 5040, Fredericksburg VA 22403-0640 |
| 63665867 | + | Email/Text: opportunitynotices@gmail.com | Jun 04 2026 21:33:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 63612412 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 21:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 63608099 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 21:33:00 | Jefferson Capital Sys, 200 14th Ave E, Sartell MN 56377-4500 |
| 63608100 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 21:33:43 | LVNV Funding, c/o Resurgent Capital Services, Greenville SC 29602 |
| 63608102 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 21:33:43 | LVNV Funding LLC, PO BOX 10497, Greenville SC 29603-0497 |
| 63608101 | + | Email/Text: cc-bklitigation@messerlikramer.com | Jun 04 2026 21:32:00 | LVNV Funding LLC, c/o Messerli and Kramer PA, 3033 Campus Drive ste 250, Minneapolis MN 55441-2685 |
| 63611496 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 21:33:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63624162 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 21:33:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 63608103 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 21:33:48 | Merrick Bank, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 63608104 | ^ | MEBN | Jun 04 2026 21:27:44 | Midland Credit Management, c/o Messerli & Kramer, 3033 Campus Drive ste 250, Minneapolis MN 55441-2685 |
| 63608105 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 21:32:00 | Midland Credit Management, 350 Camino De La Reina ste 100, San Diego CA 92108-3007 |
| 63608106 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 21:32:00 | Midland Credit Management, 2365 Northside Drive ste 300, San Diego CA 92108-2710 |
| 63631956 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 21:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 63608108 | + | Email/Text: bankruptcy@moneykey.com | Jun 04 2026 21:31:00 | Money Key, 200 Continental Drive, Newark DE 19713-4334 |
| 63608107 | + | Email/Text: bankruptcy@moneykey.com | Jun 04 2026 21:31:00 | Money Key, 1000 N West Ste 1200, Wilmington DE 19801-1058 |
| 63608110 | ^ | MEBN | Jun 04 2026 21:27:30 | NCB, 1 Allied Drive, Feasterville Trevose PA 19053-6945 |
| 63617331 | ^ | MEBN | Jun 04 2026 21:27:30 | NCB Management Services, Inc., One Allied |

| | | | | |
|---|---|---|---|---|
| | | | | Drive, Trevose, PA 19053-6945 |
| 63608109 | + | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 04 2026 21:32:00 | Natlcrsys, Springs At Lakeville, 1775 The Exchange Southeast, Atlanta GA 30339-2016 |
| 63608111 | + | Email/Text: netcreditbnc@enova.com | Jun 04 2026 21:33:00 | NetCredit, 175 W. Jackson Blvd, Chicago IL 60604-3043 |
| 63660271 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 21:33:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 63608113 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 21:33:51 | Portfolio RC, 120 Corporate Boulevard, Norfolk VA 23502 |
| 63662426 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 21:33:59 | Portfolio Recovery Associates, LLC, c/o Jcpenney, POB 12914, Norfolk VA 23541 |
| 63608112 | + | Email/Text: Contact@PersonifyFinancial.com | Jun 04 2026 21:33:00 | Personify, PO BOX 208417, Dallas TX 75320-8417 |
| 63663874 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 21:32:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 63623167 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 21:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 63653854 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 21:32:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 63639937 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 21:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 63636914 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2026 21:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 63646937 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 21:33:43 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 63624799 | | Email/Text: bankruptcy@springoakscapital.com | Jun 04 2026 21:31:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 63608114 | | Email/Text: bankruptcy@springoakscapital.com | Jun 04 2026 21:31:00 | Spring Oak Cap, PO Box 1216, Chesapeake VA 23327 |
| 63648295 | + | Email/Text: bncmail@w-legal.com | Jun 04 2026 21:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 63608115 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2026 21:31:00 | TBOM/Fortiva, PO BOX 105555, Atlanta GA 30348-5555 |
| 63627052 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 21:33:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 63608116 | | Email/Text: bknotice@upgrade.com | Jun 04 2026 21:31:00 | UpGrade, 2 North Central Ave 10th Floor, Phoenix AZ 85004 |
| 63608118 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 04 2026 21:32:00 | UPSTA/FINWSE, 2 Circle Star Way, San Carlos CA 94070-6200 |
| 63608119 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 04 2026 21:32:00 | UPSTART Netw, 2 Circle Star Way, San Carlos CA 94070-6200 |
| 63626342 | + | Email/Text: EBN@edfinancial.com | Jun 04 2026 21:31:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 63620252 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 04 2026 21:33:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 63608120 | + | Email/Text: webadmin@vhllc.co | Jun 04 2026 21:33:00 | Vance Huffman, Money Key, 55 Monette |

| | | | | |
|---|---|---|---|---|
| | | | | Parkway, Smithfield VA 23430-2577 |
| 63608121 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2026 21:31:00 | WB/Atl/Imgne, PO Box 105555, Atlanta GA 30348-5555 |
| 63661505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2026 21:31:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63608117 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, UpGrade Inc, 2 North Central Ave 10th Floor, Phoenix AZ 85004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Urosh Piletich | on behalf of Debtor 1 Kneesa Jane Cabillan bkmnurosh@gmail.com |
| Urosh Piletich | on behalf of Debtor 2 Edward Garrel Orienza bkmnurosh@gmail.com |

TOTAL: 5